No. 86–1279.  CINCINNATI FIREFIGHTERS UNION, LOCAL UNION NO. 48 v. YOUNGBLOOD ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 86–1282.  BROOKSIDE LIMITED PARTNERSHIP v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 86–1285.  JODELE v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 86–1293.  MALICK v. SANDIA CORP.  C. A. 9th Cir.  Certiorari denied.

No. 86–1299.  SYRE v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 86–1309.  APONTE CARATINE v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 1st Cir.  Certiorari denied.

No. 86–1319.  VAN SANT v. UNITED STATES POSTAL SERVICE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 86–1320.  SWIFT TEXTILES, INC. v. WATKINS MOTOR LINES, INC.  C. A. 11th Cir.  Certiorari denied.

No. 86–1321.  ALPHIN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 86–1325.  CHESNEY ET UX. v. SPRAGGINS.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 86–1326.  STEELEY ET AL. v. BURTON ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 86–1335.  BARNETTE ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 86–1347.  SHELL OIL CO. v. PIAMCO, INC.  C. A. 7th Cir.  Certiorari denied.

No. 86–1352.  MONTGOMERY v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.